THIS OPINION HAS NO
 PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY
 PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 
 The State, Respondent,
 
 
 
 
 

v.,

 
 
 
 
 Walter Lee
 Simmons, Appellant.
 
 
 
 
 

Appeal From Charleston County
Thomas W. Cooper, Jr., Circuit Court
Judge

Unpublished Opinion No. 2010-UP-165
 Submitted January 4, 2010  Filed February
24, 2010    

APPEAL DISMISSED

 
 
 
 Appellate Defender M. Celia Robinson, of
 Columbia, for Appellant.
 Attorney General Henry Dargan McMaster, Chief
 Deputy Attorney General John W. McIntosh, Assistant Deputy Attorney General
 Salley W. Elliott, all of Columbia; and Solicitor Scarlett Anne Wilson, of Charleston,
 for Respondent.
 
 
 

PER CURIAM:  Walter Lee Simmons appeals his guilty pleas
 to distribution of crack cocaine and distribution of crack cocaine within the
 proximity of a school, arguing the trial
 court erred in accepting his guilty plea to a charge for which he was not
 indicted and in permitting the prosecution to amend the indictment after
 Simmons's guilty plea was accepted and his sentence imposed.  After a thorough review of the record and counsel's
 brief pursuant to Anders v. California, 386 U.S. 738 (1967), and State
 v. Williams, 305 S.C. 116, 406 S.E.2d 357 (1991), we dismiss the appeal and
 grant counsels motion to be relieved.[1]
APPEAL DISMISSED.  
WILLIAMS, PIEPER, and
 LOCKEMY, JJ., concur.

[1] We decide this case without oral argument pursuant to
 Rule 215, SCACR.